**John Barhoum, OSB No. 045150**
Email: john.barhoum@chockbarhoum.com
**Jessica M. Lancaster, OSB No. 134151**
Email: jessica.lancaster@chockbarhoum.com
Chock Barhoum LLP
121 SW Morrison St., Suite 500
Portland, OR 97204
Telephone: 503.223.3000

    Attorneys for Defendant Rite Aid Pharmacy

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| RICHARD MORRIS, | Case No. 2:22-cv-00390-HL |
| Plaintiff, | |
| v. | **DECLARATION OF JESSICA LANCASTER IN SUPPORT OF NOTICE OF REMOVAL** |
| RITE AID PHARMACY, DOES 1, 2, 3, 4, 5, AND 6, | |
| Defendant. | |

I, Jessica Lancaster, declare as follows:

1. I am one of the attorneys for Defendant Rite Aid Pharmacy (hereinafter "Defendant"). I make this Declaration in support Defendant's Notice of Removal. This Declaration is based on personal knowledge. I am competent to testify to the matters stated herein.

/ / /

Page 1   **DECLARATION OF JESSICA LANCASTER IN SUPPORT OF NOTICE OF REMOVAL**

2. On February 9, 2022, Plaintiff filed a Complaint in the Circuit Court of Umatilla County, Oregon. Attached to the Defendant's Notice of Removal as Exhibit A is a true and correct copy of the Complaint filed in the state court action.

3. Plaintiff has not yet served Rite Aid Pharmacy with a Summons and Complaint, however, my office retrieved a copy of the Complaint captioned *Richard Morris v. Rite Aid Pharmacy, Does 1, 2, 3, 4, 5, and 6*, Case No: 22CV05138, filed in the Circuit Court for the State of Oregon for the County of Umatilla, State of Oregon, on February 10, 2022, less than 30 days ago.

4. The Complaint (Exhibit A), taken together, constitute all process, pleadings and orders served on the Defendant in the state court action up to the present date.

5. The Defendant is incorporated under the laws of Delaware with its principal place of business in Pennsylvania.

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES THAT THE FOREGOING IS TRUE AND ACCURATE.**

DATED this 10th day of March, 2022.

                                        **CHOCK BARHOUM LLP**

                                        _____
                                        John Barhoum, OSB No. 045150
                                        Email: john.barhoum@chockbarhoum.com
                                        Jessica M. Lancaster, OSB No. 134151
                                        Email: jessica.lancaster@chockbarhoum.com
                                              Attorneys for Defendant Rite Aid Pharmacy

**John Barhoum, OSB No. 045150**
Email: john.barhoum@chockbarhoum.com
**Jessica M. Lancaster, OSB No. 134151**
Email: jessica.lancaster@chockbarhoum.com
Chock Barhoum LLP
121 SW Morrison St., Suite 500
Portland, OR 97204
Telephone: 503.223.3000

 Attorneys for Defendant Rite Aid Pharmacy

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| RICHARD MORRIS,<br><br>    Plaintiff,<br><br> v.<br><br>RITE AID PHARMACY, DOES 1, 2, 3, 4, 5, AND 6,<br><br>    Defendant. | Case No. 2:22-cv-00390-HL<br><br>**CERTIFICATE OF SERVICE** |

/ / /

 I hereby certify that on the 10th day of March, 2022, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all registered individuals. Additionally, I hereby certify that a true copy of the foregoing

Page 1 **CERTIFICATE OF SERVICE**

**DECLARATION OF JESSICA LANCASTER IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL** was served as stated below on:

| | |
|---|---|
| Wade P. Bettis, PhD<br>Wade P. Bettis PhD PC<br>1906 4th Street<br>La Grande, OR 97850<br> *Attorneys for Plaintiff* | ☐ By hand delivery<br>☑ By first-class mail*<br>☐ By overnight mail<br>☐ By facsimile transmission:<br> Fax #:<br>☑ By e-mail:<br> wpbettis@bettislaw.com<br>☑ By U.S. District Court CM/ECF e-filing<br> service to registered parties |

*With first-class postage prepaid and deposited in Portland, Oregon.

 DATED this 10th day of March, 2022.

       **CHOCK BARHOUM LLP**

       _____
       John Barhoum, OSB No. 045150
       Email: john.barhoum@chockbarhoum.com
       Jessica M. Lancaster, OSB No. 134151
       Email: jessica.lancaster@chockbarhoum.com
        Attorneys for Defendant Rite Aid Pharmacy